**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

BERKLEY INSURANCE COMPANY,

                      Plaintiff,            **ORDER**
                                                                         24-CV-7520 (JW)

        -against-

SUPREME GENERAL CONTRACTING
INC. 1 and MENSUR DIKA,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The Parties are directed to contact the courtroom deputy of the Honorable Gary Stein via email **by March 17, 2025** at GSteinNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline. The parties are also directed to consult Judge Stein's [individual rules concerning settlement conferences](#).

      SO ORDERED.

DATED:    New York, New York
               March 10, 2025

                                                        */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge