UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BERKLEY INSURANCE COMPANY,

                              Plaintiff,

        -against-

SUPREME GENERAL CONTRACTING
INC. 1 and MENSUR DIKA,

                             Defendants.
------------------------------------------------------------------X

**24 Civ. No. 7520 (JW)**

**PRE-SETTLEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, May 6, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 344 857 749#.**

      **SO ORDERED.**

DATED:    New York, New York
               March 25, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge